THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A.P. MØLLER – MAERSK A/S trading as MAERSK SEALAND,<br><br>                Plaintiff,<br><br>    v.<br><br>SWANSON TIRE COMPANY, INC., a Washington corporation,<br><br>                Judgment Defendant.<br><br>KEYBANK OF WASHINGTON,<br><br>                Garnishee Defendant. | Case No. MS 06-5003<br><br>JUDGMENT ON ANSWER AND ORDER TO PAY<br><br>**[CLERK'S ACTION REQUIRED]** |

## GARNISHMENT JUDGMENT SUMMARY

1. Judgment Creditor:                 A.P. Moller – Maersk A/S trading as Maersk Sealand

2. Judgment Debtor on Garnishment:   KeyBank of Washington

3. Garnishment Judgment Amount:     $213.08

4. Garnishment Costs
    Filing Fee                                         $   39.00
    Service and Affidavit Fees              $   45.00
    Postage & Costs of Certified Mail    $     6.00
    Answer Fee                                    $   20.00

JUDGMENT ON ANSWER AND
ORDER TO PAY - Page 1 of 3
Case No. MS 06-5003

|  |  |
|---|---|
| Garnishment Attorney's Fee | $ 250.00 |
| TOTAL of Garnishment Costs | $ 360.00 |

5. Attorney for Judgment Creditor: Daniel S. Potts
Holmes Weddle & Barcott
999 Third Avenue, Suite 2600
Seattle, Washington 98104

IT APPEARING THAT Garnishee Defendant was indebted to the Judgment Defendant in the nonexempt amount of $213.08; that at the time the writ of garnishment was issued Judgment Defendant maintained a financial institutional account with Garnishee, or Garnishee had in its possession or control funds, personal property, or effects of Judgment Defendant; and that Judgment Creditor has incurred recoverable costs and attorney's fees as stated in Line 4 of the Garnishment Judgment Summary; now, therefore, it is hereby

ORDERED that the Plaintiff is awarded judgment against the Garnishee in the sum stated in line 3 of the Garnishment Summary above, and it is

ORDERED that if this is a District Court Order, the Garnishee Defendant shall pay its judgment to Plaintiff directly or through Plaintiff's attorney and if any payment is received by the Clerk of the Court, the Clerk of the Court shall forthwith disburse said payment to the Plaintiff through the Plaintiff's attorney.

**THE GARNISHEE IS ADVISED THAT THE FAILURE TO PAY ITS JUDGMENT AMOUNT MAY RESULT IN A JUDGMENT BEING ENTERED AGAINST GARNISHEE DEFENDANT AND MAY RESULT IN EXECUTION OF THE JUDGMENT, INCLUDING GARNISHMENT.**

DATED this <u>27th</u> day of March, 2006.

                                               FRANKLIN D. BURGESS
                                               UNITED STATES DISTRICT JUDGE

Presented by:

HOLMES WEDDLE & BARCOTT

_____/s/_____
Daniel S. Potts, WSBA #32866
Attorney for Plaintiff

---

### UNDERLYING JUDGMENT BALANCE ITEMIZATION

---

| | | | |
|---|---|---|---:|
| 1. | Prior Judgment Balance | $ | 5,882.63 |
| 2. | Garnishment Costs | | |
| |    Garnishment Costs: | | |
| |    Writ Issuance/Filing Fee | $ | 39.00 |
| |    Service and affidavit fees | $ | 45.00 |
| |    Postage and Costs of | | |
| |    Certified Mail | $ | 6.00 |
| |    Answer Fee | $ | 20.00 |
| |    Garnishment Attorney's Fee | $ | 250.00 |
| |    TOTAL of Garnishment Costs | $ | 360.00 |
| 3. | Recoverable Garnishment Costs or Amount Withheld (whichever is less) | $ | 213.08 |
| 4. | Total Amount Due Judgment Creditor | $ | 5,882.63 |
| 5. | Less Judgment Sum Paid by Garnishee Defendant | $ | 213.08 |
| 6. | Remaining Judgment Balance Owed by Judgment Defendant | $ | 5,669.55 |

JUDGMENT ON ANSWER AND
ORDER TO PAY - Page 3 of 3
Case No. MS 06-5003